## COMMONWEALTH *v.* NESBITT.

One of two obligees having been discharged as a bankrupt, the plaintiff may enter a nol. pros. as to him, and proceed to trial against the other.

ERROR to the Common Pleas of Armstrong county.

This was an action on a bail bond, to which one of the defendants pleaded his discharge in bankruptcy. On the trial the plaintiff entered a nol. pros. as to him, and went to trial against the other. On verdict, and judgment, and writ of error taken, this was assigned for error.

*Foster*, for plaintiff in error, referred to 1 Chit. Pl. 45 ; 1 Wils. 89 ; 1 Saund. 207 ; Tidd, 682.

*Phelps*, contrà, cited 2 Rawle, 334 ; 1 Peters, 46 ; 2 Troub. & Haly's Prac. 438 ; 1 Wils. 90 ; 4 Johns. R. 48 ; 9 Wheat. 289.

ROGERS, J.—One of the defendants having procured his certificate of discharge, the plaintiff entered a nolle prosequi as to him, and this is assigned for error. But this is right, for it is well settled, that in an action on a contract against several defendants, one of whom pleads bankruptcy, or other matter in his personal discharge, the plaintiff may enter a nolle prosequi as to him, and proceed against the other defendants. 2 Tidd's Prac. 796 ; 2 Troub. & Haly, 438 ; 1 Wilson, 89 ; 1 Saund. 207, N. ; 1 Chitty, 451.

Judgment affirmed.